**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: May 29, 2014**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

In re:                                    Case Number 14-30814

    Mary E. Miller,                    Chapter 13

                                          Judge Lawrence S. Walter

            Debtor.

                                          <u>AGREED ORDER GRANTING LIMITED
                                          RELIEF FROM STAY</u>

This matter is before the Court on the agreement of the Debtor, Mary E. Miller; Creditor, Internal Revenue Service ("IRS"); and the Chapter 13 Trustee, to grant limited relief from stay to resolve a Tax Court Petition, Case Number 26613-13S. The Court finds as follows:

1. Prior to the filing of this Chapter 13 Bankruptcy Petition, Debtor initiated a Petition in the United States Tax Court, Case Number 26613-13S, to dispute the IRS's denial of Earned Income Tax Credit for tax year 2012.

2. After review of Debtor's Tax Court Petition, the IRS has agreed to allow Debtor Earned Income Tax Credit in the amount of $1,754.00.

3. All funds in dispute IRS are attributable to Earned Income Tax Credit and are exempt pursuant to O.R.C. 2329.66(A)(8)(g).

4. The automatic stay imposed pursuant to 11 U.S.C. §362(a)(8) prevents the Internal Revenue Service from resolving the Tax Court Petition.

**IT IS THEREFORE ORDERED** that limited relief from the automatic stay is granted to allow the IRS to resolve the pending Tax Court Petition and disperse the funds to the Debtor.

Respectfully Submitted,

/s/Andrew J. Zeigler
Andrew J. Zeigler #0081417
Thompson and DeVeny Co., L.P.A.
1340 Woodman Drive
Dayton, Ohio  45432
937-252-2030
Fax: 937-252-9425
andrew@thompsonanddeveny.com
*Attorney for Debtors/Movants*

/s/ Margaret Schutte (via email 5/27/14)
Margaret Schutte #0078968
U.S. Attorney's Office
Southern District of Ohio
200 West Second Street
Suite 600
Dayton, Ohio 45402
937-225-2910
FAX: 937-225-2564
*Attorney for the United States*

/s/Jeffrey M. Kellner (via email 5/14/14)
Jeffrey M. Kellner
131 N. Ludlow Street, Suite 900
Dayton, Ohio 45402
(937) 222-7600
FAX: (937) 222-7383
chapter13@dayton13.com
*Chapter 13 Trustee*

Copies to:

All Filing Parties
Margaret Schutte, U.S. Attorney's Office, Southern District of Ohio, 200 West Second Street, Suite 600, Dayton, Ohio 45402

###